DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CAMERON CHAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-261

_____

February 28, 2024

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and Cynthia J. Dodge, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and ATKINSON and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.